**Steven Cary STONE, Plaintiff–Appellant,**

v.

**Joanne F. SCOTT; M.D. David Peterson; Robert W. Hutcheson, Official and individual capacity; Greene County Ohio; Dorothy Curry; Tracy Mershon, Official and individual capacity; Pete Rvoda, Official and individual capacity; Berry Masters, Official and**

---

individual capacity; Annamarie B. Jackson, Official and individual capacity; Cynthia Thompson, Official and individual capacity, Defendants–Appellees.

No. 14–1170.

United States Court of Appeals, Fourth Circuit.

Submitted: June 16, 2014.

Decided: June 19, 2014.

Steve Cary Stone, Appellant Pro Se.

Before KING, SHEDD, and THACKER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Steve Cary Stone appeals the district court's order dismissing this action for want of subject matter jurisdiction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Stone v. Scott,* No. 1:14–cv–00027–MR–DLH, 2014 WL 508257 (W.D.N.C. Feb. 10, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*